# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0271
LT Case Nos. 16-2009-CF-014076-A
16-2009-CF-014089-A

_____

NINO TARTARINI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Nino Tartarini, Madison, pro se.

James Uthmeier, Attorney General, and Daren L. Shippy,
Assistant Attorney General, Tallahassee, for Appellee.

June 2, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and WALLIS and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____